CHARLES M. PALMER et al., Copartners under the Firm Name of PALMER, DEWITT & PALMER, Respondents, *v.* NEW YORK HERALD COMPANY, Appellant.

(Argued November 18, 1930; decided December 2, 1930.)

*Joseph H. Choate, Jr., Thomas Garrett, Jr.,* and *James A. Sweet* for appellant.

*W. Randolph Montgomery, Milo O. Bennett* and *Allen S. Wrenn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.